# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PRISON LEGAL NEWS, et al., | ) | 3:00-cv-00373-HDM-RAM |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| JAMES GREG COX, in his official capacity as Director of Nevada Department of Corrections, et al., | ) | |
| Defendants. | ) | |

The plaintiffs in this case have filed a motion for an order to show cause (#51). The defendants have until July 29, 2013 to respond and the plaintiffs shall have 10 days thereafter to file a reply.

**IT IS SO ORDERED.**

DATED: This 9th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE