# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, and PAUL WRIGHT,<br><br>        Plaintiffs,<br><br>vs.<br><br>JACKIE CRAWFORD, JOHN SKLANSKY, ROBERT BAYER, et al,<br><br>        Defendants.<br>_____<br>PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES GREG COX, E.K. McDANIEL, et al,<br><br>        Defendants.<br>_____ | 3:00-cv-00373-HDM-WGC<br><br>ORDER |

    1.   It is HEREBY ORDERED that the "Joint Motion to Vacate [89] Scheduling Order" (#102) filed by the parties on July 16, 2014, is GRANTED and the court's April 22, 2014, discovery plan and scheduling order (#89) is VACATED.

    2.   IT IS FURTHER ORDERED that defendants' responses to all outstanding written discovery (interrogatories, requests for production, and requests for admission) shall be provided to plaintiff's counsel within fourteen (14) days of the date the court rules on defendants' motion to dismiss (#92).

1

1    3.  IT IS FURTHER ORDERED the parties conduct a scheduling
2 conference to establish a new proposed scheduling order and submit
3 the same to the court within thirty (30) days of the court's ruling
4 on defendants' motion to dismiss (#92).
5    IT IS SO ORDERED.
6    DATED: This 5th day of August, 2014.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE

2