UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRISON LEGAL NEWS, et al., | 3:00-cv-00373-HDM-WGC |
| Plaintiffs, | |
| | ORDER |
| vs. | |
| JACKIE CRAWFORD in her official capacity as the former director of NDOC, et al., | |
| Defendants. | |

The court approves and adopts the stipulation and addendum to the stipulation for dismissal of this action without prejudice. Accordingly, this action is dismissed without prejudice in accordance with the terms and conditions of the stipulation and addendum to the stipulation filed on February 26, 2016 (#140). The court retains jurisdiction over this action to consider any motion to reopen this case to compel compliance with the terms of the stipulated settlement.

IT IS SO ORDERED.

DATED: This 3rd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE