UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRISON LEGAL NEWS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>JACKIE CRAWFORD in her official capacity as the former director of NDOC, et al.,<br><br>    Defendants. | 3:00-cv-00373-HDM-WGC<br><br>ORDER |

Before the Court is interested party John Quintero's ("Quintero") application to proceed *in forma pauperis*, motion for appointment of counsel, and motion for third party relief to enforce settlement agreement (ECF Nos. 143, 144, 145).

On March 3, 2016, the Court dismissed the instant case, without prejudice, and retained jurisdiction to consider any motion to reopen the case to compel compliance with the terms of the settlement (ECF No. 141) only on the application of Plaintiff, Prison Legal News.

In his motion for third party relief to enforce settlement, Quintero, who was not a party to the initial action, argues that

1

his complaint in case 3:17-cv-00066-MMD-VPC has issues related to the settlement agreement in the instant case (*See* ECF No. 145 at 5). Because Quintero was not a party to this action, and therefore was not a party to the settlement, the motion to enforce the settlement agreement should be denied.

Accordingly Quintero's application to proceed *in forma pauperis* (ECF No. 143), motion for appointment of counsel (ECF No. 144), and motion for third party relief to enforce settlement agreement (ECF No. 145) are **DENIED**.

**IT IS SO ORDERED**.

DATED: This 11th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE