UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PRISON LEGAL NEWS, et al., | ) | 3:00-cv-00373-HDM-WGC |
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) ) | |
| JACKIE CRAWFORD in her official capacity as the former director of NDOC, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

On June 20, 2018, interested party John Quintero ("Quintero") filed a motion for reconsideration of this Court's order denying his motion for third party relief to enforce settlement agreement (ECF No. 147). There is no basis for reconsideration of the Court's order denying Quintero's motion. Accordingly, Quintero's motion for reconsideration (ECF No. 147) is **DENIED**.

**IT IS SO ORDERED**.

DATED: This 25th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

1