UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRISON LEGAL NEWS, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>JACKIE CRAWFORD, et al.,<br><br>　　　　　　　　Defendant. | Case No. 3:00-cv-00373-HDM-CSD<br><br>ORDER |

　　Non-party Reginald McBride has filed with the court a "Notice of Non-Compliance with Settlement Agreement" (ECF No. 157).

　　On March 3, 2016, the court dismissed the instant case, without prejudice, and retained jurisdiction to consider any motion to reopen the case to compel compliance with the terms of the settlement (ECF No. 141) only on the application of the plaintiff, Prison Legal News. McBride was not a party to the settlement. Therefore, to the extent he seeks, by way of his filing, enforcement of the settlement agreement, the request (ECF No. 157) is DENIED.

　　IT IS SO ORDERED.

　　DATED: This 17th day of October, 2023.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE